UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LISA LANDRY | CASE NO. 6:23-CV-01435 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| JOSE CORA-QUINTERO ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's motion to remand (Rec. Doc. 9) is DENIED, consistent with the report and recommendation.

THUS DONE in Chambers on this 29th day of July, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE